United States District Court
Northern District of New York

# JUDGMENT

PATRICIA A. STEVENS
                  **Plaintiff**

          VS.                      5:04-CV-567 (VEB)

**JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY**

                  Defendant

**[X]  Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the ALJ is AFFIRMED and judgment is entered in favor of the defendant.  Plaintiff's complaint is hereby dismissed.

All of the above pursuant to the Order of the Honorable Judge Victor E. Bianchini dated the 12th day of February, 2007.

**FEBRUARY 12, 2007**                        **LAWRENCE K. BAERMAN**

**DATE**                                                  **CLERK OF COURT**

                                                          **s/**

                                                          **JOANNE BLESKOSKI**
                                                         **DEPUTY CLERK**